IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FRANK HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-0435-CV-ODS |
| ) | |
| SYNERGETIC COMMUNICATIONS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL

Pursuant to the parties' stipulation, this case is DISMISSED WITH PREJUDICE. Each party is to bear his, her or its own costs.

IT IS SO ORDERED.


Date: July 29, 2009            /s/ Ortrie D. Smith
                               ORTRIE D. SMITH, JUDGE
                               UNITED STATES DISTRICT COURT